UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STARS FOR ART PRODUCTION FZ, LLC,

    Plaintiff,

v.

DANDANA, LLC, et al.,

    Defendants.

Civil Action No. 10-10629-JLT

ORDER

August 22, 2011

TAURO, J.

After a Motion Hearing held on June 21, 2011, this court hereby orders that, for the reasons set forth in the accompanying Memorandum:

1. Defendants' Motion to Dismiss Amended Complaint [#25] is ALLOWED IN PART and DENIED IN PART. The Motion is ALLOWED insofar as this court lacks personal jurisdiction over the Dish Defendants and venue is improper here. The Motion is DENIED in all other respects. The Dish Defendants are hereby DISMISSED WITHOUT PREJUDICE to Plaintiff's refiling of an Amended Complaint within thirty days in the District of Colorado.

2. Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery with Statement of Reasons [#30] is DENIED WITHOUT PREJUDICE to re-raising the request at a later Rule 16(b) conference.

3. This case is TRANSFERRED to the District of Colorado.

IT IS SO ORDERED.

                                                                 /s/ Joseph L. Tauro  
                                                               United States District Judge